Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

William Ray Phillips, II, pro se, Fort Worth, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent William Ray Phillips on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Phillips has received a copy of counsel's motion but has not filed a response.

Our independent review of the brief and the record discloses no non-frivolous issues for appeal. Counsel's motion for leave to withdraw is granted, counsel is excused

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

from further responsibilities, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jared Lamont HALL, Defendant–
Appellant.**

No. 03–50271
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jared Lamont Hall, Big Spring, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Jared Lamont Hall has moved for leave to with-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

draw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although he was notified of counsel's motion, Hall has filed no response.

Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal with respect to Hall's conviction. As part of his plea agreement, Hall validly waived his right to directly appeal his sentence on any ground. *See United States v. Portillo,* 18 F.3d 290, 292 (5th Cir.1994).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.